IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CANDACE JOWERS, *individually and
on behalf of others similarly situated,*

    Plaintiff,

v.            No. 13-cv-1036-JDB-egb

NPC INTERNATIONAL, INC.,

    Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING MOTION AS MOOT

---

On March 28, 2013, the Defendant, NPC International, Inc., filed an emergency motion requesting that the Plaintiff, Candace Jowers, cease and desist unauthorized communications to putative class members. (D.E. 19) The motion was referred to Magistrate Judge Ed Bryant for a report and recommendation. (D.E. 20.) On April 8, 2013, the Magistrate Judge issued his report recommending dismissal of the motion as moot after the parties informed the Court that the underlying issues had been resolved. Accordingly, the Court ADOPTS Judge Bryant's Report and Recommendation and dismisses the motion as MOOT.

IT IS SO ORDERED this 11th day of April, 2013.

           s/ J. DANIEL BREEN
           UNITED STATES DISTRICT JUDGE